GARSAU REALTY CORPORATION v. CARMEN LOMBARDO.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

SVENSKA TAENDSTICKS FABRIK AKTIEBOLAGET (Hereinafter Referred to as "THE SWEDISH MATCH COMPANY") and Others, Plaintiffs, v. BANKERS TRUST COMPANY OF NEW YORK, Respondent, Impleaded with Others, Defendants, and EDWARD S. GREENBAUM, as Trustee in Bankruptcy of the Estate of AKTIEBOLAGET KREUGER & TOLL, Bankrupt, Impleaded Defendant, Appellant.— Order affirmed, with twenty dollars costs and disbursements. Leave to appeal to the Court of Appeals granted; questions certified. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [Affd., 268 N. Y. ——.]

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Plaintiff, v. MAX AARON and Others, Defendants, Impleaded with LILLIAN B. WALDER, Respondent, and Others, Defendants, and BENJAMIN H. ROTH and Another, Copartners, etc., Impleaded Defendants, Appellants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; O'Malley, J., dissents and votes to reverse and dismiss the cross-claim against the appellants. [152 Misc. 791.]

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Plaintiff, v. ROBERT ADAMSON and Others, Defendants, Impleaded with WILFRID GREIF, Appellant, and HOWARD S. HOIT and Others, Impleaded Defendants, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [148 Misc. 353.]

THE H. E. BOUCHER MANUFACTURING COMPANY, Respondent, v. PECOS TRADING CORPORATION and Others, Defendants, Impleaded with GUARANTY TRUST COMPANY and Another, as Temporary Administrators, etc., of MAX LIPPMAN, Deceased, Appellants.— Judgment as against the temporary administrators reversed, with costs, and the complaint dismissed, with costs, as against said administrators in so far as it demands a money judgment, and as so modified affirmed. No opinion. Settle order on notice, reversing findings inconsistent with this determination, and containing such new findings of fact proved upon the trial as are necessary to sustain the judgment hereby awarded. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MARIE S. LIVINGSTON, Respondent, v. CECIL BARRET and Others, Appellants, Impleaded with Others. Judgment so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ANDREW BROWN, Respondent, v. C. M. BRISTOW, INC., and Others, Defendants, STANDARD OIL COMPANY OF NEW YORK, INC., Appellant, and THE CITY OF NEW YORK and Another, Impleaded Defendants, Respondents.— Judgment so far as appealed from affirmed, with costs to the respondents Andrew Brown and R. E. Brooks Company against the appellant. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ANNE M. ZOLLER and Others, Appellants, v. RECTOR REALTY CORPORATION and Another, Defendants, Impleaded with BANK OF MANHATTAN TRUST COMPANY, as Trustee, etc., and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.